# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LARA B. FISHER, | : | |
| Plaintiff, | : | |
| vs. | : | CA 16-0608-MU |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be affirmed.

**DONE** this the 18th day of September, 2017.

             s/P. BRADLEY MURRAY
         **UNITED STATES MAGISTRATE JUDGE**